1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JAMES LEONDARD RICALLS,                    No.  2:23-cv-00771-EFB (PC)

12              Plaintiff,

13         v.                                    ORDER AND FINDINGS AND
                                                 RECOMMENDATIONS
14   P. ANDREW,

15              Defendant.

16

17          Plaintiff, a state prisoner, proceeds without counsel in an action brought under 42 U.S.C.

18   § 1983.  On June 12, 2023, the court screened plaintiff's amended complaint pursuant to 28

19   U.S.C. § 1915A and dismissed it with leave to amend.  ECF No. 4.  The court explained the

20   deficiencies therein and granted plaintiff thirty days in which to file an amended complaint to

21   cure the deficiencies.  *Id.*   The screening order warned plaintiff that failure to comply would

22   result in a recommendation that this action be dismissed.  Rather than file the amended complaint,

23   plaintiff filed a motion for leave to amend.  The court, on September 1, 2023, informed plaintiff

24   he had already been granted leave to amend and directed plaintiff to file an amended complaint

25   within 30 days.  ECF No. 8.  The time for doing so has now passed and plaintiff has still not filed

26   an amended complaint or otherwise responded to the court's order.  Thus, it appears that plaintiff

27   is unable or unwilling to cure the defects in the complaint.

28   ////

1    Accordingly, it is ORDERED that the Clerk of Court randomly assign a district judge to
2  this action.

3    It is further RECOMMENDED that this action be DISMISSED without prejudice for the
4  reasons set forth in the June 12, 2023 screening order (ECF No. 4).

5    These findings and recommendations are submitted to the United States District Judge
6  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days
7  after being served with these findings and recommendations, any party may file written
8  objections with the court and serve a copy on all parties.  Such a document should be captioned
9  "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the
10  objections shall be served and filed within fourteen days after service of the objections.  The
11  parties are advised that failure to file objections within the specified time may waive the right to
12  appeal the District Court's order.  *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez*
13  *v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

14

15  Dated: November 28, 2023

16                              EDMUND F. BRENNAN
                                UNITED STATES MAGISTRATE JUDGE
17

18

19

20

21

22

23

24

25

26

27

28

2