UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LEONARD RICALLS,<br><br>    Plaintiff,<br><br>    v.<br><br>P. ANDREW,<br><br>    Defendant. | No.  2:23-cv-00771-TLN-EFB<br><br>**ORDER** |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 29, 2023, the magistrate judge filed findings and recommendations herein which were served on all parties, and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  The time to file objections has passed, and neither party filed objections to the findings and recommendations.

The Court reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed on November 29, 2023 (ECF No. 9) are ADOPTED IN FULL;
2. Plaintiff's Complaint (ECF No. 1) is DISMISSED without prejudice;
3. The Court DECLINES to issue a certificate of appealability; and
4. The Clerk of Court is directed to close the case.

Date: February 2, 2024

Troy L. Nunley
United States District Judge